[No. 43940-9-II.    Division Two.    July 8, 2014.]

THE PORT OF TACOMA, *Respondent*, v. EDWART D. CAMPBELL, *as Trustee, Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-15993-6, Garold E. Johnson, J., entered August 24, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick and Melnick, JJ.

[No. 43948-4-II.    Division Two.    July 8, 2014.]

*In the Matter of the Marriage of* JOSEPH SCOTT CHAUSSEE, *Appellant*, and BREE ANNE FEIL, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-3-00694-6, Brian M. Tollefson, J., entered August 17, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 44263-9-II.    Division Two.    July 8, 2014.]

*In the Matter of the Marriage of* JOHN ERIC NELSON, *Appellant*, and CONNIE LOUISE ACKER, *Respondent.*

Appeal from a judgment of the Superior Court for Skamania County, No. 97-3-00013-6, Brian P. Altman, J., entered November 2, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 44325-2-II.    Division Two.    July 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JOSEPH ROMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00627-4, Richard L. Brosey, J., entered December 6, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick and Melnick, JJ.